CASE NO: 3:02 CV 266 (WWE)

Kyle Collins
V
Warden

FILED
DEC 0 2 2003
2003 DEC -2 P 5:22

DISTRICT COURT
CONNECTICUT
Bridgeport CT
November 25, 03

## MOTION FOR INJUNCTION RELIEF

Prisoner, Humbly and Respectfully ask's this Honorable Court for Injunction Relief for Reasons specified throughout this motion to be Released.

1. Brief History: During times prisoner was incarcerated at Cheshire C.I., prisoner was having problem's with D.O.C. Staff and couldn't comply with filing non-compliance issues, and petition was dismissed and ordered closed. All of said problems over the year's became greater, and 2nd petition for other issues, as well as other non-compliance, that petition as well was dismissed and ordered closed. Prisoner truly had no control over these non-compliance violations, and will definatly be able to consistantly ~~complain~~ prove alligations against D.O.C. staff.

Cont.

5) AND Prisoner Humbly ask's that an Award of $100,000.00 be Given to him for Punitive Reasons, Due to his Lack of Concern for denying same due process that would besides personal indifferences be Granted without delay. HAFER V MELO, 502 US 21, 116 Led2d ~~632, 103 SCT 1625 (~~ 301, 112 SCT 358 (1991)

THOMPSON V. OPEIU, 74 F3d 1492 (6th Cir 1996)

The foregoing motion being duly heard and concidered this day _____ DEC, 2003

GRATED / DENIED
and further ordered by: _____, J.

Respectfully Submitted by [signature]
Kyle Collins
1153 East Street
South
Suffield, CT 06078

A certified Copy was mailed to Lynda Howe, Asst. States Attorney, 235 Church Street, New Haven, CT 06510.

2) During all these period's prisoners legal mail aaa was not leaving the segregation unit per order of Captain Saundry, the unit manager that I was having direct problem's physically as well as disciplinary, which led me to cronic discipline where again I finally, month's later recieved following legal mail, ("mail that catches up to you").

3) Prisoner is being denied access to court operation's that prisoner has an entitlement to as a direct personal indiffence by the *trial court. *(Prisoner's appeal bond hearing motion's (5), have been denied by retired Judge William Hadden, because prisoner has appealed his decision.)

4) All prisoner ask's is that trial court be ordered to give bond hearing or give prisoner reasonably set appeal bond, that trial court has given to several other former prisoners, for crimes more severe.