CASE NO: 3:02 CV 266 (WWE)

Kyle Collins
V.
Warden / Rodregues

FILED

2003 DEC -2 P 5:22

US DISTRICT COURT
BRIDGEPORT CT

DISTRICT COURT
CONNECTICUT
Bridgeport Connecticut
November 24, 2003

MOTION TO RE-OPEN CASE
CASE NO: 3:02 CV 266 (WWE)

Prisoner, Humbly and Respectfully Request's this Honorable Court to Re-Open Case for Reason's specified throughout this motion.

1. BRIEF HISTORY: During being held in Cheshire Correctional institution prisoner was having alot of problem's with D.O.C. Staff them which became severe enough to deny Legal resource's that made prisoner/ petitioner NOT TO be Able to comply with Filing Issues. and Due to this/these problems, another petition that had Filing Issues that I needed to comply with, made that a, "I Couldn't because of ongoing Issues by D.O.C. Staff", and that petition was Dismissed also.

(1)

CONT.

IF THIS HONORABLE COURT COULD PLEASE RE-OPEN THIS CASE, I WOULD HUMBLY RESPECT THAT DECISION.

1. PRISONER NEVER FILED ANY CLASS ACTION SUIT'S OR § 1983 CIVIL SUIT'S DUE TO ONGOING ISSUES IN D.O.C. VIOLATION'S.

2. PRISONER ~~HAS~~ BEEN DOING ALL POSSIBLE MEASURES TO ALLOW STATE REMEDIES TO PAN OUT, HOWEVER, DURING AND AT THE CONCLUSION OF STATE HABEAS, AND STATE APPEAL, PRISONER WILL END UP THE ONLY PERSON TO WHOM WILL HAVE SUFFERED ANY HARM, ~~PHY~~ PSYCOLOGICALLY, MENTALLY AND EMOTIONALLY BECAUSE OF ~~THESE~~ ONGOING CONSTITUTIONAL VIOLATION'S.

RESPECTFULLY SUBMITTED BY
Kyle Collins

1153 EAST STREET SOUTH
Suffield, CT 06080

(2)

The foregoing motion being duly heard and concidered on this day, _____ November 2003

GRANTED / DENIED

and further ORDERED

By: _____ J.

Respectfully Submitted By _____[signature]_____
Kyle Collins
1153 East Street South
Suffield, CT 06080

Decided By: _____ J.

I certify that a copy of this was mailed to Linda Howe, Asst. States Attorney, 235 Church Street, New Haven, CT 06510

Sent By _____[signature]_____
Kyle Collins pro se

(3)